# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
Baltimore Division

IN RE:

EDISHER TSIKLAURI

Debtor

Case No.: 18-12988-MMH

Chapter: 13

___

### OBJECTION TO CONFIRMATION OF DEBTOR'S PROPOSED CHAPTER 13 PLAN

COMES NOW, MTGLQ Investors, LP as serviced by Rushmore Loan Management Services LLC ("Creditor"), by and through counsel, and files its Objection to Confirmation of Debtor's Proposed Chapter 13 Plan, and as reasons therefor respectfully represents as follows:

1. Creditor is a mortgage lender/servicer.

2. On or about March 8, 2018, Edisher Tsiklauri ("Debtor") filed a Voluntary Petition in this Court under Chapter 13 of the United States Bankruptcy Code.

3. Nancy Spencer Grigsby is the Chapter 13 Trustee of the Debtor's bankruptcy estate.

4. Creditor holds a Deed of Trust solely secured by the Debtor's property located in Baltimore County, Maryland, and improved by a residence known as 24 Deepspring Ct, Reisterstown, MD 21136 (the "Property").

5. On or about March 8, 2018, Debtor filed a Chapter 13 Plan (the "Plan"). The Chapter 13 Plan fails to provide any treatment for pre-petition arrears owed to Creditor.

6. Objections to the Plan are due by May 15, 2018.

7. The deadline to file a proof of claim is May 17, 2018.

8. Creditor has not yet filed its proof of claim but anticipates filing a proof of claim that will include prepetition arrears of approximately $56,271.40.

9. Debtor's Plan is underfunded and is therefore not confirmable.

10. Creditor does not oppose denial of the Plan with leave to amend or continuance, as proper for disposition and processing of this matter.

WHEREFORE, the Creditor its successors and/or assigns prays that this Court:

1. Enter an order DENYING confirmation of the Debtor's Chapter 13 Plan; and

BWW#: MD-155780

2. Grant such other and further relief as necessary.

                                                Respectfully Submitted,

Dated: April 23, 2018

                                            /s/ Nikita Joshi
Nikita Joshi, Esq., MD Fed. Bar No. 19720
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD  20852
301-961-6555 (phone)
301-961-6545 (facsimile)
bankruptcy@bww-law.com
*Attorney for the Creditor*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of April, 2018, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Objection to Confirmation of Debtor's Proposed Chapter 13 Plan will be served electronically by the Court's CM/ECF system on the following:

Nancy Spencer Grigsby, Trustee

Dmitry David Balannik, Esq,

I hereby further certify that on this 23rd day of April, 2018, a copy of the Objection to Confirmation of Debtor's Proposed Chapter 13 Plan also mailed first class mail, postage prepaid, to:

Edisher Tsiklauri
6801 Wellwood Ct
Baltimore, MD 21209-1432

Edisher Tsiklauri
24 Deepspring Ct
Reisterstown, MD 21136

                                            /s/ Nikita Joshi
Nikita Joshi, Esq.